Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1991–0963. State v. Carter.**
Hamilton App. No. C–890513. The motion to strike motion to set execution date is denied, but appellant may file a memorandum in opposition to the motion to set execution date within ten days from the date of this order.

**2009–1757. In re Adoption of P.A.C.**
Hamilton App. No. C–081149, 184 Ohio App.3d 88, 2009-Ohio-4492. On motion for admission pro hac vice of Mary Beck by Susan Garner Eisenman. Motion granted.

**2009–1866. State v. Harmon.**
Summit App. No. 24495, 2009-Ohio-4512. On motion for stay of briefing schedule and to hold cause for the decision in 2009–0897, *State v. Fischer*, Summit App. No. 24406, 2009-Ohio-1491. Motion granted. Cause held for the decision in 2009–0897, *State v. Fischer*, and briefing schedule stayed.
  Pfeifer, J., dissents.

**2009–2355. In re Adoption of G.V.**
Lucas App. No. L–09–1160, 2009-Ohio-6338. On motion to dismiss. Motion to dismiss denied.

**2010–0089. Wells Fargo Bank, N.A. v. Smith.**
Franklin App. No. 09AP–559, 2009-Ohio-6576. On motion for continued stay of execution on summary judgment of foreclosure. Motion denied.
  Lundberg Stratton and O'Donnell, JJ., dissent and would defer ruling on the motion pending consideration of the jurisdictional memoranda.

**2010–0182. State v. Williams.**
Warren App. No. CA2009–03–032, 2009-Ohio-6240. On motion for leave to file delayed appeal. Motion granted.
  O'Connor and O'Donnell, JJ., dissent.

**2010–0215. State v. Conway.**
Clark App. No. 07CA0034. On motion for leave to file delayed appeal. Motion denied.
  O'Donnell, J., dissents.

**2010–0235. State v. Ford.**
Licking App. No. 2008 CA 158, 2009-Ohio-6724. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed January 22, 2010:
  "Whether discharging a firearm at or into a habitation (R.C. 2923.161) and a firearm specification (R.C. 2929.14(D), R.C. 2941.145) are allied offenses of similar import as defined by R.C. 2941.25(A)."
  O'Connor, O'Donnell, and Cupp, JJ., dissent.
  The conflict case is *State v. Elko*, Cuyahoga App. No. 83641, 2004-Ohio-5209.
  Motion for appointment of counsel is granted. Christopher Shook of Newark, Ohio, is appointed as counsel for appellant.

**2010–0246. State v. Hawkins.**
Hamilton App. No. C–090124. On motion for leave to file delayed appeal. Motion granted.
  O'Connor, J., dissents.
  Motion for stay of execution of sentence denied.

**2010–0247. State v. Straley.**
Highland App. No. 09CA4, 2009-Ohio-6170. On motion for leave to file delayed appeal. Motion granted.
  Lundberg Stratton, O'Donnell, and Lanzinger, JJ., dissent.

**2010–0279. Pahoundis v. Beamer.**
Coshocton App. No. 09CA017, 2009-Ohio-6881. On motion for stay. Motion denied.